## **STATEMENT OF FACTS**

On July 12, 2016, members of the Metropolitan Police Department's, Narcotics Special Investigations Division, executed a search warrant located at 441 19th Street, NE, Washington, D.C.  Officers knocked and announced police presence.  Defendant Steven Johnson answered the door and was detained by officers.  Defendant Johnson told the officers that he resided in the basement of the residence.  A search of the residence was conducted and the following items were recovered from the basement area: approximately 2.2 kilograms of suspected cocaine powder; numerous digital scales; other drug paraphernalia; a 7.62 caliber semi-automatic rifle; a .223 caliber semi-automatic rifle; approximately $185,550 in United States currency; body armor and an identification card and mail matter in the name of the defendant for that address.  The defendant was placed under arrest.  A portion of the suspected cocaine powder field tested positive for cocaine. The approximate weight of the cocaine powder recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

_____
DETECTIVE CHRISTOPHER P. SMITH
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JULY, 2016.

_____
U.S. MAGISTRATE JUDGE